**FILED**

**JAN 23 2019**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIELLE WATSON | No. **19 CR 067**<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

JUDGE GETTLEMAN
MAGISTRATE JUDGE SCHENKIER

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about January 19, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

DANIELLE WATSON,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded Walther, Model P.38, 9 mm semi-automatic pistol, bearing serial number 9468d, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL AUGUST 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Walther, Model P.38, 9 mm semi-automatic pistol, bearing serial number 9468d, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY