UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 19 CR 67 |
| DANIELLE WATSON, | District Judge Robert W. Gettleman |
| Defendant. | |

**UNOPPOSED EMERGENCY MOTION
TO MODIFY CONDITIONS OF BOND**

Defendant Danielle Watson, through his undersigned counsel, submits the following emergency motion to modify the conditions of his bond to allow him movement on Sunday, September 29, 2019, and Monday, September 30, 2019, for the purpose of attending funeral services for his cousin Anthony Allen.

1. Mr. Watson was released on bond on January 31, 2019, with the conditions that he wear an electronic monitoring device and remain in his mother's home (home incarceration) unless granted permission to leave by the court, among other conditions (Dkt. 14).

2. Mr. Watson has not had any violations of the conditions of his bond.

3. Mr. Watson's cousin, Anthony Allen, recently passed away, and his funeral services will be held on Sunday, September 29, 2019 and Monday, September 30, 2019.

4. Visitation will take place from 6:00 p.m. to 9:00 p.m. on Sunday, September 29, 2019 at Leak & Sons Funeral Home, located at 7838 S. Cottage Grove Ave., Chicago, IL 60619.

5. The funeral service will take place from 11:00 a.m. to 3:00 p.m. at Harris Temple Church of God, located at 4138 S. Cottage Grove Ave., Chicago, IL 60653.

6. Following the funeral service, burial will take place at Restvale Cemetery, located at 11700 S. Laramie, Alsip, IL 60803.

7. Mr. Watson requests court authorization for movement on Sunday, September 29, 2019 and Monday, September 30, 2019 for the purpose of attending his cousin funeral services, subject to monitoring and verification by Pretrial Services.

8. Counsel conferred via email with AUSA Jason Julien, who indicated that the Government has no objection to this motion.

9. Counsel conferred via telephone with Pretrial Services Officer Judith Lesch, who indicated that Pretrial Services has no objection to and authorizes this request for limited movement.

WHEREFORE, Defendant Danielle Watson respectfully moves for the Court to modify the conditions of Mr. Watson's bond to allow limited movement on Sunday, September 29, 2019, and Monday, September 30, 2019, for the purpose of attending funeral services for his cousin Anthony Allen, at the discretion and subject to prior authorization and confirmation by Pretrial Services;

Respectfully Submitted,

/s/ James G. Vanzant

                                              _____
Attorney for Danielle Watson

James G. Vanzant
BLAINE & VANZANT, LLP
922 Davis Street
Evanston, Illinois 60201
Phone: (312) 788-7584
E-mail: jgv@blainevanzant.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing document was filed and served via the Court's CM/ECF system on all parties of record.

/s/ James G. Vanzant

Attorney for Danielle Watson

James G. Vanzant
BLAINE & VANZANT, LLP
922 Davis Street
Evanston, Illinois 60201
Phone: (312) 788-7584
E-mail: jgv@blainevanzant.com