# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 19 CR 67 |
| DANIELLE WATSON, | District Judge Robert W. Gettleman |
| Defendant. | |

## AGREED ORDER

Before the Court is Defendant's Emergency Unopposed Motion to Modify Conditions of Bond. Having reviewed the motion and being fully advised, the Court orders as follows:

1. Defendant's conditions of release are modified to allow limited movement on Sunday, September 29, 2019, and Monday, September 30, 2019, for the purpose of attending funeral services for his cousin Anthony Allen, at the discretion and subject to prior authorization and confirmation by Pretrial Services.

**SO ORDERED.**

Date: September 26, 2019

Robert W. Gettleman
District Judge